# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL A. YESCAS, III,<br><br>                       Plaintiff,<br><br>v.<br><br>DAN MCCOURT, PRESTON HOWARD, and FRANK JORDAN,<br><br>                      Defendants. | Case No.: 3:23-cv-00106-TWR-AHG<br><br>**NOTICE OF OPPORTUNITY TO CONSENT TO MAGISTRATE JUDGE JURISDICTION (28 U.S.C. § 636(c), F.R.C.P. 73)** |

This matter comes before the Court upon review of the record. On January 17, 2023, Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging Defendants violated his First Amendment Right to free speech, reporting, and redress of grievance. *See* ECF Nos. 1, 5. Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP"). ECF No. 2. On March 20, 2023, the Court granted Plaintiff's motion to proceed IFP after screening the Complaint pursuant to 28 U.S.C. § 1915(a), finding that his claims meet the "low threshold" to survive screening, and ordered the U.S. Marshal to serve Defendants. ECF No. 5.

Plaintiff has consented to proceed before a United States Magistrate Judge. ECF No. 1 at 7. Therefore, the Court hereby gives notice to Defendants that they may execute and return either a "Consent to Exercise of Jurisdiction by a United States Magistrate Judge

and Order of Reference" or a "Notice of Intent to Proceed before District Judge" to the Clerk of Court on or before **June 20, 2023**. The parties are free to withhold consent without adverse substantive consequences. **The Clerk of Court must send the appropriate Southern District forms to Defendants along with this Order.**

    IT IS SO ORDERED.

Dated: June 9, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge